**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RUBEN CALAS, INDIVIDUALLY AND ON BEHALF OF OTHER PERSONS SIMILARLY SITUATED,**

      **Plaintiffs,**

**-vs-**                                         **Case No. 6:11-cv-404-Orl-28TBS**

**G.D.D. ASSOCIATES, INC., JOSEPH GOWRAN,**

      **Defendants.**

_____

## ORDER

This case is before the Court on the Second Amended Stipulation of Dismissal with Prejudice, attaching the parties' Settlement Agreement, which the Magistrate Judge has construed as an Amended Joint Motion for Approval of FLSA Settlement (Doc. No. 44). The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed September 27, 2012 (Doc. No. 45) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The Amended Joint Motion for Approval of FLSA Settlement is **GRANTED**.

3. The Settlement Agreement is **APPROVED**.

4. Each party shall bear his and its own attorney's fees and costs, as the parties have stipulated.

5. The Motion to Approve Settlement Agreement (Doc. No. 34) and the first Amended Stipulation of Dismissal with Prejudice (Doc. No. 37) are **DENIED as moot.**

6. This case is dismissed with prejudice.

7. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of October, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party